ALBERT DINGS, Respondent, *v.* ROSELLA M. GUTHRIE et al., Appellants.

(Argued February 27, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 11, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Lonson Fraser* for appellants.

*Edgar Hull* for respondent.

Agree to affirm ; no opinion.
All concur, except POTTER, J., not sitting.
Judgment affirmed.

THEODORE C. WEEKS, Appellant, *v.* THE SILVER ISLET CONSOLIDATED MINING AND LANDS COMPANY et al., Respondents.

(Argued February 28, 1890; decided March 18, 1890.)

Appeal from order of the General Term of the Superior Court of the City of New York, made June 14, 1887, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury, and granted a new trial.

*John L. Hill* for appellant.

*Nelson S. Spencer* for respondents.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not sitting.
Order affirmed and judgment accordingly.